**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael GALLMAN, Defendant— Appellant.**

No. 08–8539.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided May 27, 2009.

Michael Gallman, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gallman appeals the district court's order denying his motion for an evidentiary hearing to establish his substantial assistance to the Government. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gallman,* No. 8:00–cr–00191–HMH–2 (D.S.C. Nov. 18, 2008). We also deny Gallman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*